IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD ANDERSON<br>        Plaintiff | )<br>)<br>) | |
| vs | ) | CIVIL ACTION NO. 05-88 |
| | ) | |
| KYLER, MR.    )<br>        Defendant | )<br>) | |

## O R D E R

The papers in the above captioned matter will not be processed any further for failure to comply with our Local Rules and/or practices. The papers are deficient in the following respects:

\_\_\_\_ Failed to complete or sign pauperis affidavit
\_\_\_\_ Failed to submit complaint on proper 1983 forms, supplied by the Clerk
\_\_\_\_ Failed to submit petition on proper 2254 forms, supplied by the Clerk
\_\_\_\_ Failed to sign complaint
\_\_\_\_ Failed to sign petition
\_\_\_\_ Failed to furnish the correct number of copies of complaint and accompanying pleadings, must submit original and a separate accurate copy for each defendant of the papers
\_\_\_\_ Failed to file separate petition for each conviction, attacking more than one judgment
\_\_\_\_ Failed to furnish correct number of copies of petition and accompanying papers
\_\_\_\_ Failed to submit pleadings to the court on paper no larger that 8 1/2 x 11 inches
\_\_\_\_ Failed to include certificate of authorized officer as to amount of money and securities on deposit in prison account or proper affidavit of non-compliance
\_\_\_\_ Failed to attach certificate of service regarding supplemental pleadings, after complaint or petition has been submitted and/or filed
\_\_\_\_ Failed to attach a proper certificate of service; service is not made upon the Clerk for distribution to the parties; this is the responsibility of the moving party
\_\_\_\_ Except by leave of Court, discovery material is no longer accepted for filing according to Local Rule 5.3
\_\_X\_ OTHER: Must specify to Court what relief you are seeking.

For the foregoing reasons, these papers are not being processed. You have the right to submit any required paperwork which will make your paperwork in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

So Ordered this  21st day of   July, 2005

                                s/ Susan Paradise Baxter
                                UNITED STATES MAGISTRATE JUDGE

Shlup V. Delo

03-0135 is

**05-88**

If your not pleaing Case

No jury Can Ever find him guilty

Anderson

Shlup V. Delo

03-1735 erie

05-88

IF Someone tries to convict you of Kidnapping what do you

I

No Jury Can ever find him guilty

EB303
Anderson